UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FILED
August 11, 2011
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> OSCAR GOMEZ GARIBALDO, ) <br> ) <br> Defendant. ) | CASE NUMBER: 2:11-mj-00247 KJN <br><br> ORDER FOR RELEASE <br> OF PERSON IN CUSTODY |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release Oscar Gomez Garibaldo; Case 2:11-mj-00247 KJN from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    ___ Release on Personal Recognizance

    ___ Bail Posted in the Sum of _____

    _X_ Unsecured Appearance Bond in the amount of $200,000.00, co-signed by defendant's wife.

    ___ Appearance Bond with 10% Deposit

    ___ Appearance Bond secured by Real Property

    ___ Corporate Surety Bail Bond

    _X_ (Other) Pretrial Supervision/Conditions.

Issued at Sacramento, CA on 8/11/2011 at 2:55 pm

By _____
Kendall J. Newman
United States Magistrate Judge