| | |
|---|---|
| 1 | DANIEL J. BRODERICK, Bar# 89424 |
| | Federal Defender |
| 2 | BENJAMIN D. GALLOWAY, Bar# 214897 |
| | Assistant Federal Defender |
| 3 | 801 I Street, 3rd Floor |
| | Sacramento, California 95814 |
| 4 | Telephone (916) 498-5700 |

Attorney for Defendant
OSCAR GOMEZ GORIBALDO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Cr. S. 11-354-LKK |
| Plaintiff, | ) | |
| | ) | **STIPULATION AND ORDER TO** |
| v. | ) | **MODIFY ELECTRONIC MONITORING** |
| | ) | **CONDITION** |
| OSCAR GOMEZ GORIBALDO, | ) | |
| | ) | |
| Defendants. | ) | JUDGE: Hon. Gregory G. Hollows |

At the initial appearance on August 11, 2011, the Court ordered that Mr. Gomez Garibaldo be released with an electronic monitoring condition until Mr. Gomez Goribaldo located and surrendered his passport.

On August 15, 2011, the Court received Mr. Gomez Goribaldo's passport. On September 7, 2011, a secured appearance bond was filed with the Court.

Based on the foregoing, the United States of America through TODD LERAS, Assistant U.S. Attorney, and defendant, OSCAR GOMEZ GORIBALDO, by and through his counsel, BENJAMIN GALLOWAY, Assistant Federal Defender, hereby agree and stipulate that: the electronic monitoring

condition imposed on August 11, 2011 be deleted.

Pretrial Services Officer Renee Basurto is in agreement with this request.

DATED: September 14, 2011          Respectfully submitted,

                                   DANIEL J. BRODERICK
                                   Federal Defender

                                   /s/ Benjamin Galloway
                                   BENJAMIN GALLOWAY
                                   Assistant Federal Defender
                                   Attorney for Defendant
                                   OSCAR GOMEZ GORIBALDO


DATED: September 14, 2011          BENJAMIN B. WAGNER
                                   United States Attorney

                                   /s/ Benjamin Galloway for
                                   TODD LERAS
                                   Assistant U.S. Attorney
                                   Attorney for Plaintiff


**O R D E R**

**IT IS SO ORDERED.**

DATED: September 20, 2011.


                                   /s/ Gregory G. Hollows
                                   UNITED STATES MAGISTRATE JUDGE