HEATHER E. WILLIAMS, #122664
Federal Defender
BENJAMIN D. GALLOWAY, #214897
Assistant Federal Defender
Designated Counsel for Service
801 "I" Street, 3rd Floor
Sacramento, CA 95814

Attorney for Defendant
OSCAR GOMEZ GORIBALDO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. 2:11-CR-00354 LKK |
| ) | |
| Plaintiff, ) | ORDER TO EXONERATE BOND AND |
| ) | RETURN PASSPORT |
| v. ) | |
| ) | |
| OSCAR GOMEZ GORIBALDO ) | |
| ) | |
| Defendant. ) | |
| ) | |

The Court finds that Mr. Goribaldo was released pursuant to a $140,000.00 real property bond. On August 15, 2013, Mr. Goribaldo deposited his passport (receipt #433412890) with this Court as a condition of his release on bond. On June 11, 2013, Mr. Goribaldo entered a guilty plea to Count 1 of the Indictment. On August 27, 2013, the Court sentenced Mr. Goribaldo to imprisonment for a term of 52 months. According to the BOP Inmate Locater, Mr. Goribaldo is currently "In Transit".

Therefore, it is hereby ORDERED that the $140,000.00 property bond posted in this case is ordered exonerated and the Clerk of the Court is directed to reconvey to the surety, Irma Gomez. See "Exhibit A" for Legal Description of Real Property posted on behalf of Mr.

//

//

Goribaldo. It is also ordered that Mr. Goribaldo's passport be released to the Federal Defenders Office, which will return the passport to Mr. Goribaldo.

Dated: September 25, 2013

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

# EXHIBIT A
## "LEGAL DESCRIPTION"

THE LAND REFERRED TO HEREIN BELOW IS SITUATED IN THE CITY OF ORANGEVALE, COUNTY OF SACRAMENTO, STATE OF CALIFORNIA, AND IS DESCRIBED AS FOLLOWS:

LOT 89, AS SHOWN ON THE "PLAT OF SUNRISE GARDENS UNIT NO. 3", RECORDED IN BOOK 112 OF MAPS, MAP NO. 2, RECORDS OF SACRAMENTO COUTY

APN: 223-0383-009-000