1   HEATHER E. WILLIAMS, Bar #122664
    Federal Defender
2   DAVID M. PORTER, Bar #127024
    Assistant Federal Defender
3   Counsel Designated for Service
    801 I Street, 3rd Floor
4   Sacramento, California 95814
    Telephone: (916) 498-5700
5

6   Attorneys for Defendant
    OSCAR GOMEZ GORIBALDO
7

8                      UNITED STATES DISTRICT COURT

9                      EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,              No.  Cr. S-11-354 TLN

12                 Plaintiff,              **STIPULATED MOTION AND ORDER TO
                                           REDUCE SENTENCE PURSUANT TO 18
13          v.                             U.S.C. § 3582(c)(2)**

14  OSCAR GOMEZ GORIBALDO,                 RETROACTIVE DRUGS-MINUS-TWO
                                           REDUCTION CASE
15                 Defendant.
                                           Judge:  Honorable TROY L. NUNLEY
16

17          Defendant, OSCAR GOMEZ GORIBALDO by and through his attorney, Assistant

18  Federal Defender David M. Porter, and plaintiff, UNITED STATES OF AMERICA, by and

19  through its counsel, Assistant U.S. Attorney Jason Hitt, hereby stipulate as follows:

20          1.     Pursuant to 18 U.S.C. § 3582(c)(2), this Court may reduce the term of

21  imprisonment in the case of a defendant who has been sentenced to a term of imprisonment

22  based on a sentencing range that has subsequently been lowered by the Sentencing Commission

23  pursuant to 28 U.S.C. § 994(o);

24          2.     On August 27, 2013, this Court sentenced Mr. Goribaldo to a term of 52 months

25  imprisonment;

26          3.     His total offense level was 29, his criminal history category was I, the resulting

27  guideline range was 87 to 108 months, and he received a reduction from the low end of the

28  applicable guideline range on the government's motion;

    Stipulation and Order Re: Sentence Reduction              1

1          4.      The sentencing range applicable to Mr. Goribaldo was subsequently lowered by

2    the United States Sentencing Commission in Amendment 782, made retroactive on July 18,

3    2014, see 79 Fed. Reg. 44,973;

4          5.      Mr. Goribaldo's total offense level has been reduced from 29 to 27, and his

5    amended guideline range is 70 to 87 months; a reduction comparable to the one received at the

6    initial sentencing would produce a term of  months;

7          6.      Accordingly, the parties request the Court enter the order lodged herewith

8    reducing Mr. Goribaldo's term of imprisonment to 41 months.

9    Respectfully submitted,

10   Dated:  April 23, 2015                         Dated:  April 23, 2015

11   BENJAMIN B. WAGNER                    HEATHER E. WILLIAMS
     United States Attorney                      Federal Defender
12

13    /s/  Jason Hitt                                /s/ David M. Porter
     JASON HITT                                  DAVID M. PORTER
14   Assistant U.S. Attorney                      Assistant Federal Defender

15   Attorney for Plaintiff                        Attorney for Defendant
     UNITED STATES OF AMERICA            OSCAR GOMEZ GORIBALDO
16

17                                        **ORDER**

18         This matter came before the Court on the stipulated motion of the defendant for reduction

19   of sentence pursuant to 18 U.S.C. § 3582(c)(2).

20         The parties agree, and the Court finds, that Mr. Goribaldo is entitled to the benefit

21   Amendment 782, which reduces the total offense level from 29 to 27, resulting in an amended

22   guideline range of 70 to 87 months.  A reduction comparable to the one received at the initial

23   sentencing would produce a term of 41 months.

24         IT IS HEREBY ORDERED that the term of imprisonment imposed in August 2013 is

25   reduced to a term of 41 months.

26         IT IS FURTHER ORDERED that all other terms and provisions of the original judgment

27   remain in effect.  The clerk shall forthwith prepare an amended judgment reflecting the above

28

reduction in sentence, and shall serve certified copies of the amended judgment on the United States Bureau of Prisons and the United States Probation Office.

Unless otherwise ordered, Mr. Goribaldo shall report to the United States Probation Office within seventy-two hours after his release.

Dated: April 24, 2015

Troy L. Nunley
United States District Judge