# UNITED STATES DISTRICT COURT
for the

EASTERN    District of    CALIFORNIA

United States of America

v.

OSCAR GOMEZ GORIBALDO

|  |  |
|---|---|
| ) | |
| ) | Case No:    2:11CR00354-02 |
| ) | |
| ) | USM No:    66425-097 |
| ) | |

Date of Original Judgment:    08/27/2013

Date of Previous Amended Judgment: _____

*(Use Date of Last Amended Judgment if Any)*

David Porter, Assistant Federal Defender

*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of    ☒ the defendant    ☐ the Director of the Bureau of Prisons    ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

☐ DENIED.    ☒ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of    52    months **is reduced to**    41 months    .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated    09/04/2013    shall remain in effect.

**IT IS SO ORDERED**.

Order Date:    04/28/2015

*Judge's signature*

Effective Date:    11/01/2015

*(if different from order date)*

Troy L. Nunley, United States District Court Judge

*Printed name and title*